IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED
2006 FEB 16 A 11: 30

DEBRA P. HACKETT, CL.
U.S. DISTRICT COURT
MIDDLE DISTRICT AL.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:06CV142-DRB |
| | ) | |
| ALAN M. PATTERSON, JR. | ) | |
| | ) | |
| Defendant | ) | |

COMPLAINT

The Plaintiff, United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, for cause of action alleges:

1. The United States brings this civil action under the Federal Debt Collection Procedures Act of 1990, Title 28, United States Code, Section 3001(a), and common law.

2. This Court has jurisdiction over this action by virtue of Title 28, United States Code, Section 1345.

3. That the defendant, Alan M. Patterson, Jr., is a resident of the Middle District of Alabama.

4. That the defendant owes plaintiff the total sum of $116,294.04 ($115,084.81 principal, plus interest in the amount of $1,209.23, as of December 24, 2005), plus interest at the rate of 6.5 percent per annum thereafter until the date of judgment, according to the Certificate of Indebtedness and Promissory Notes attached hereto as Exhibits A through E.

5.   Written demand has been made upon defendant for the amount of this claim, but defendant has failed and refused to make payment thereof.

Wherefore, plaintiff demands judgment against defendant in the amount of $116,294.04, plus interest at the rate of 6.5 percent per annum to the date of judgment, and interest at the legal rate from the date of judgment until paid in full, for cost of suit and other proper relief.

DATED February 15, 2006.

LEURA G. CANARY
UNITED STATES ATTORNEY

By: /s/ R. Randolph Neeley
R. RANDOLPH NEELEY
Assistant United States Attorney
Bar Number: 9083-E56R
Attorney for Defendant
Post Office Box 197
Montgomery, AL  36101-0197
Telephone No.: (334) 223-7280
Facsimile No.: (334) 223-7418
E-mail:  **rand.neeley@usdoj.gov**