AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | **SUMMONS IN A CIVIL CASE** |
| Plaintiff ) | |
| ) | CASE NUMBER 1:06cv142-DRB |
| v. ) | |
| ) | |
| ALAN M. PATTERSON, JR., ) | |
| ) | |
| Defendant ) | |

TO:  Alan M. Patterson
1263 Westgate Pkwy
Dothan, Alabama 36303

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

R. Randolph Neeley
Assistant U. S. Attorney
U. S. Attorney's Office
P. O. Box 197
Montgomery, AL 36101

an answer to the complaint which is herewith served upon you, within __Twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

DEBRA P. HACKETT
CLERK

_February 22, 2006_
DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
                      Date                        *Signature of Server*

Z 525 226 742

                                                    *Address of Server*

**US Postal Service**
**Receipt for Certified Mail**
No Insurance Coverage Provided.
Do not use for International Mail *(See reverse)*

| Sent to Alan M. Patterson | |
|---|---|
| Street & Number 1263 Westgate Pkwy | |
| Post Office, State, & ZIP Code Dothan, AL 36303 | |
| Postage | $ |
| Certified Fee | |
| Special Delivery Fee | |
| Restricted Delivery Fee | |
| Return Receipt Showing to Whom & Date Delivered | |
| Return Receipt Showing to Whom, Date, & Addressee's Address | |
| TOTAL Postage & Fees | $ |
| Postmark or Date 1:06Cv142 2-22-06 | |

PS Form 3800, April 1995

Rules of Civil Procedure.