| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. USA<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly)<br>ALAN PATTERSON | B. Date of Delivery<br>2-23 |
| | C. Signature<br>X Alan Patterson | ☐ Agent<br>☐ Addressee |
| 1. Article Addressed to:<br>Alan M. Patterson<br>1263 Westgate Pkwy<br>Dothan, AL  36303 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |
| 1:06cv142 (Cmp/summ 2004p) | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered       ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee)   ☐ Yes | |
| 2. Article Number (Copy from service label)<br>Z 525 226 742 | | |
| PS Form 3811, July 1999 | Domestic Return Receipt | 102595-99-M-1789 |