file copy

Alan M. Patterson Jr.
1263 West Gate PKWY
Dothan Al. 36303

Dear Mr. Neeley         1:06CV142-DRB

    I am currently living with my seventy eight year old Mother. When my Father became sick in 1998, I took a leave of absence of three months from my work to help my parents. At the end of the three months I decided to quit my job to continue to help my parents as both of my parents were under a lot of stress due to my Father's illness.

    My Father passed away in July 2003. I decided I would continue to live with my Mother a few more months and then return to Atlanta Ga. and resume work. As it has turned out, I am still living with my Mother. During the summer of 2005 my Mother collasped from a bleeding ulcer. While being taken to the hospital in an ambulance, the paramedics were unable to get a blood pressure reading from my Mother. If I was not here she probably would have died. As weak as she was, I do not think she could have made it to a telephone to call 911.

My Mother often uses a cane to help her get around, she also had to ask her doctor for a disabled parking tag so the car can be parked close to the entrance of the stores of which she shops.

I would rather be living and working in Atlanta. But I want my Mother to have the highest quality of life she can have and from what I have seen, my Mother cannot have that living alone.

I was unable to graduate from Life Chiropractic College and was never able to earn much money. When I was working I paid as much as I could towards my student loan debt. As I am not working now, I am unable to make any payments toward my debt, which I feel very bad about. If I had any money I would be making payments toward my student loan debt. As soon as I have some money I will resume payments toward my student loan debt.

Sincerely,
Alan Patterson Jr.

**RECEIVED**

2006 MAR 10 P 2: 40

U.S. ATTORNEY
MIDDLE ALABAMA

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

__MIDDLE__ DISTRICT OF __ALABAMA__

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff ) | **SUMMONS IN A CIVIL CASE** |
| ) | |
| v. ) | CASE NUMBER 1:06CV142-DRB |
| ) | |
| ALAN M. PATTERSON, JR., ) | |
| ) | |
| Defendant ) | |

TO: Alan M. Patterson
1263 Westgate Pkwy
Dothan, Alabama 36303

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

R. Randolph Neeley
Assistant U. S. Attorney
U. S. Attorney's Office
P. O. Box 197
Montgomery, AL 36101

an answer to the complaint which is herewith served upon you, within __Twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

DEBRA P. HACKETT
CLERK

DATE February 22, 2006

(BY) DEPUTY CLERK



R. Randolph Neeley
Assistant U.S Attorney
U.S. Attorney's Office
P.O. Box 197
Montgomery, AL 36101

Alan Pittman
1263 West Gate Pkwy
Dothan AL 36303