IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 1:06cv142-WHA |
| | ) | |
| ALAN M. PATTERSON, JR., | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

This case is hereby referred to Magistrate Judge Delores R. Boyd for action or recommendation on all pretrial matters.

DONE this 24th day of March, 2006.

    /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE