IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. **1:06cv00142-WHA-DRB** |
| ALAN M. PATTERSON, JR., | ) ) ) |
| Defendant | ) |

**ORDER**

The Motion of the United States to Dismiss Complaint Without Prejudice, filed herein May 6, 2006, being considered and understood by the Court, it is the Order of the Court that the same be and it is hereby GRANTED, and the complaint heretofore filed on February 16, 2006, is hereby dismissed without prejudice.

DONE this _____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE