IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:06-cv-00142-WHA-DRB |
| ) | [wo] |
| ALAN M. PATTERSON, JR. ) | |
| ) | |
| Defendants. ) | |

## O R D E R ON MOTION

For good cause shown, it is

**ORDERED** that the *Motion for Leave to file Response Out of Time*, filed on May 4, 2006, by the United States (Doc. 7-1) is **GRANTED.**

Accordingly, the Clerk is instructed to docket (a) the correspondence identified as *Doc. 7-3* as the United States' report in compliance with the March 28, 2006 Order , and (b) the *Motion to Dismiss Complaint without Prejudice* submitted therewith as Doc 7-2.

DONE this 8th day of May, 2006

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE