

## U.S. Department of Justice

**United States Attorney**
*Middle District of Alabama*

---

One Court Square, Suite 201
Post Office Box 197
Montgomery, Alabama 36101-0197

334/223-7280
Civil Fax: 334/223-7560
Fin Lit Fax: 334/223-7201
Criminal Fax: 334/223-7135

April 3, 2006

Mr. Alan M. Patterson, Jr.
1263 Westgate Parkway
Dothan, AL 36303

      Re:    United States v. Alan Patterson, Jr.
             Civil No. 1:06CV142-DRB

Dear Mr. Patterson:

    We received your letter on March 10, 2006, in response to the complaint filed against you in the U. S. District Court on February 16, 2006.

    On March 28, 2006, the Court filed an Order Ordering us to communicate with you to provide a reasonable opportunity to attempt resolution of what appears to be an undisputed debt.

    In your letter, you don't deny owing the money; you merely say that you're currently unemployed and are unable to make payments at this time. We are willing to work with you on establishing a payment plan; however, in order to do this, we must have a judgment on file.

    Enclosed for your review are Motion for Entry of Consent Judgment and financial statement form. If this motion meets your approval, please sign and return it to this office along with the completed financial statement form by April 17, 2006. We will then file the Motion with the Court and forward you a copy of the signed motion.

    Please feel free to suggest a payment proposal and the date of the month most convenient for you to make your payments. After we have reviewed your completed financial statement form, we will then advise if your payment proposal is acceptable.

    If you have any questions, please call me at (334) 223-7280.

    Your prompt attention to this matter is appreciated.

                      Sincerely yours,

                      LEURA G. CANARY
                      United States Attorney

                      Antrena B. Gardner
                      Paralegal Specialist

Enclosures